FILED 2010 AUG 31 AM 11:47 U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO AKRON

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | | $205.00 |
| | Marc P. Gertz, Trustee, 11 S. Forge St., Akron OH 44304 | Administrative | 100 | $1,296.01 | $1,296.01 | $0.00 | $0.00 | $205.00 |
| | Marc P. Gertz, Trustee, 11 S. Forge St., Akron OH 44304 | Administrative | 100 | $0.00 | $0.00 | $0.00 | $0.00 | $205.00 |
| Subtotals For Class Administrative 100.00% | | | | $1,296.01 | $1,296.01 | $0.00 | $0.00 | |
| 1 | Discover Bank/DFS Services LLC, PO Box 3025, New Albany, OH 43054-3025 | Unsecured | 300 | $11,309.75 | $2,508.09 | $8,801.66 | $129.87 | $75.13 |
| 2 | Recovery Management Systems Corporation, For Capital Recovery One, As Assignee of ASSOCIATES FINANCIAL, 25 SE 2nd Avenue, Suite 1120, Miami FL 33131 | Unsecured | 300 | $203.49 | $45.13 | $158.36 | $2.33 | $72.80 |
| 4 | Recovery Management Systems Corporation, For GE Money Bank dba EMPIRE/GEMB, 25 SE 2nd Ave Ste 1120, Miami FL 33131 | Unsecured | 300 | $4,385.98 | $972.65 | $3,413.33 | $50.36 | $22.44 |
| 5 | Ohio Edison Company, Bankruptcy Dept, 6896 Miller Rd Rm 204, Brecksville, OH 44141 | Unsecured | 300 | $585.04 | $129.74 | $455.30 | $6.72 | $15.72 |
| 6 | Dominion East Ohio Gas, P.O. Box 26785, Richmond, VA 23261-6785 | Unsecured | 300 | $1,368.68 | $303.52 | $1,065.16 | $15.72 | $0.00 |
| 7 | FIA Card Services, N.A., Attn: Mr. M-BK, 1000 Samoset Drive, DE5-023-03-03, Newark, DE 19713 | Unsecured | 350 | $17,188.52 | $0.00 | $17,188.52 | $0.00 | $0.00 |
| 8 | FIA Card Services, N.A., Attn: Mr. M-BK, 1000 Samoset Drive, DE5-023-03-03, Newark, DE 19713 | Unsecured | 350 | $17,232.40 | $0.00 | $17,232.40 | $0.00 | $0.00 |
| 9 | FIA Card Services, N.A., Attn: Mr. M-BK, 1000 Samoset Drive, DE5-023-03-03, Newark, DE 19713 | Unsecured | 350 | $7,417.88 | $0.00 | $7,417.88 | $0.00 | $0.00 |
| Subtotals For Class Unsecured 6.98% | | | | $59,691.74 | $3,959.13 | $55,732.61 | $205.00 | |
| | Totals | | | $60,987.75 | $5,255.14 | $55,732.61 | $205.00 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.

*ck # 1012*
*receipt # 81737*

Date printed 8/27/2010 3:45 PM